**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

**MATZURA,** *on behalf of himself and all other persons similarly situated*,

                      **Plaintiffs,**

    -against-

**COPAKE CAMPING RESORT, INC., ET AL.**

                      **Defendants.**

-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/3/2020

**1:19-CV-08047 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Parties are hereby ORDERED to submit a joint status report to the Court on or before August 24, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **August 3, 2020**

                                          */s/ Andrew L. Carter, Jr.*
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**